Larry J. WALLACE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 75097.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 20, 1999.

Lew Kollias, Public Defender, Columbia, for appellant.

John Munson Morris, III, Shaun J. Mackelprang, Asst. Attys. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., JAMES A. PUDLOWSKI, J., and ROBERT G. DOWD, Jr., J.

### ORDER

PER CURIAM.

Larry J. Wallace, movant, appeals from the judgment denying on the merits his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's judgment is based on findings of fact that are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).